**Order entered April 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00445-CV

## IN RE ARTHUR ROY MORRISON, Relator

**Original Proceeding from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F93-58780L**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's omnibus motion as moot, although we have considered the petition without payment of the mandamus filing fee and the required number of copies. We **ORDER** that relator bear the costs of this original proceeding.

/s/    ROBERT M. FILLMORE
JUSTICE